1154

No. 03–7511. SCHAETZLE v. DRETKE, DIRECTOR, TEXAS DE-
PARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS
DIVISION. C. A. 5th Cir. Certiorari denied.

No. 03–7512. AHMED v. SARGUS, JUDGE, COURT OF COMMON
PLEAS OF OHIO, BELMONT COUNTY, ET AL. Sup. Ct. Ohio. Cer-
tiorari denied.

No. 03–7513. MISKIN v. WAGNER. Sup. Ct. N. D. Certiorari
denied.

No. 03–7524. BLACKBURN v. LAMARQUE, WARDEN. C. A. 9th
Cir. Certiorari denied.

No. 03–7525. NEAL v. CASTRO, WARDEN, ET AL. C. A. 9th
Cir. Certiorari denied.

No. 03–7526. MORELAND v. LAZAROFF, WARDEN. C. A. 6th
Cir. Certiorari denied.

No. 03–7533. LUCZAK v. MOTE, WARDEN. C. A. 7th Cir. Cer-
tiorari denied.

No. 03–7537. ARANDA v. PRASIFKA, WARDEN, ET AL. C. A.
5th Cir. Certiorari denied.

No. 03–7538. BONHAM v. PENNSYLVANIA DEPARTMENT OF
PUBLIC WELFARE ET AL. C. A. 3d Cir. Certiorari denied.

No. 03–7559. ABUEL v. LOCAL 921, UNEMPLOYMENT OFFICE,
ET AL. C. A. 3d Cir. Certiorari denied.

No. 03–7568. PARKER v. NORTH CAROLINA. Gen. Ct. Justice,
Super. Ct. Div., Sampson County, N. C. Certiorari denied.

No. 03–7574. REED v. NEBRASKA. Sup. Ct. Neb. Certiorari
denied.

No. 03–7619. ALLEN v. ST. CABRINI NURSING HOME INC.
ET AL. C. A. 2d Cir. Certiorari denied.

No. 03–7637. ROGERS v. BOWERSOX, SUPERINTENDENT, SOUTH
CENTRAL CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari
denied.